**442**

**L. Jack DONNAUD, Appellant,**

v.

**COLUMBIA CASUALTY COMPANY, Appellee.**

No. 19217.

United States Court of Appeals
Fifth Circuit.

Feb. 1, 1962.

Nathan Greenberg, Gretna, La., for appellant.

Cicero C. Sessions, New Orleans, La., Sessions, Fishman, Rosenson & Snellings, New Orleans, La., of counsel, for appellee.

Before JONES, BROWN and BELL, Circuit Judges.

PER CURIAM.

The order from which an appeal is attempted is not final. Therefore the appeal must be

Dismissed.

**Herbert A. MORRISS, Jr., and George C. Howard, Appellants,**

v.

**GEORESEARCH, INC., Appellee.**

No. 19182.

United States Court of Appeals
Fifth Circuit.

Jan. 25, 1962.

Rehearing Denied March 27, 1962.

James A. Van Hook and Hargrove, Guyton & Van Hook, Shreveport, for appellants.

Timothy E. Kelley, Dallas, Tex., L. W. Richey, Jena, Thompson, Knight, Wright & Simmons, Dallas, Tex., Gaharan and Richey, Jena, La., for appellee.

Before TUTTLE, Chief Judge, and RIVES and WISDOM, Circuit Judges.

PER CURIAM.

Upon careful consideration of the contentions made by the appellants, we conclude that the judgment of the trial court was correct for the reasons set out in the able opinion written by the District Judge.

The judgment is affirmed on the opinion of the trial court. See D.C., 193 F. Supp. 163.

**Joseph COSTELLO, Appellant,**

v.

**UNITED STATES.**

No. 16817.

United States Court of Appeals
Eighth Circuit.

Jan. 26, 1962.

Morris A. Shenker, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty. and Frederick H. Mayer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.